EMILY KAYE BAYONA-SPURLOCK
ELEONOR BAYONA SPURLOCK
31 COLD SPRINGS RD
SEMINARY, MS 39479

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
129 HIGHWAY 90, STE C
WAVELAND, MS 39576

AFFIRM
443 IRVING DR
BURBANK, CA 91504

AMEX
PO BOX 981535
EL PASO, TX 79998

BANK OF AMERICA
P.O. BOX 25118
TAMPA, FL 33622

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

BLUEGREEN VACATIONS
4960 CONFERENCE WAY
BOCA RATON, FL 33431

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CCB
P.O. BOX 182120
COLUMBUS, OH 43218

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

COMENITY BANK
P.O. BOX 183044
COLUMBUS, OH 43218-3044

COMPREHENSIVE RADIO
PO BOX 3488
TUPELO, MS 38803

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

FORREST GENERAL
PO BOX 161906
ALTAMONTE SPR, FL 32716

HATTIESBURG CLINIC
P.O. BOX 3488
TUPELO, MS 38803-3488

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JOHN E. TUCKER
P.O. BOX 320001
FLOWOOD, MS 39232

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MERRICK BANK
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

MIDLAND CREDIT MGT
350 CAMINO DE LA REINA
SUITE 100
SAN DIEGO, CA 92108

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

PLANET HOME LENDING
321 RESEARCH PARKWAY
SUITE 303
MERIDEN, CT 06450

POMELO INTERNATIONAL
720 YORK AVE STE 116
SAN FRANCISCO, CA 94110

```
RELIAS CLINIC              SYNCHRONY/KAWASAKI
PO BOX 31455               ATTN: BANKRUPTCY
CHARLOTTE, NC 28231        PO BOX 965065
                           ORLANDO, FL 32896


RELIAS EMERGENCY MEDIC     TOWER LOAN
P.O. BOX 30275             ATTN: BANKRUPTCY
CHARLOTTE, NC 28230-0207   PO BOX 320001
                           FLOWOOD, MS 39232


REPUBLIC BANK & TRUST      US ATTORNEY GENERAL
PO BOX 927830              US DEPT OF JUSTICE
SAN DIEGO, CA 92192        950 PENNSYLVANIA AVENW
                           WASHINGTON, DC 20530-0001


SEEN FINANCE               WEBBANK
ATTN: BANKRUPTCY           PO BOX 3316
1193 W 2400 S              EVANSVILLE, IN 47732
WEST VALLEY CITY, UT 84119


SHAWN SPURLOCK             WELLS FARGO
31 COLD SPRINGS RD         800 WALNUT
SEMINARY, MS 39479         DES MOINES, IA 50309


SPRING OAKS CAPITAL        WILKINSON LAW FIRM
ATTN: BANKRUPTCY           51 KEYWOOD CIRCLE
P.O. BOX 1216              FLOWOOD, MS 39232
CHESAPEAKE, VA 23327


SPRINGLIGHT FINANCIAL
ATTN: BANKRUPTCY
P.O.BOX 143514
IRVING, TX 75062


SYNCBMUSIC
PO BOX 71757
PHILADELPHIA, PA 19176


SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060
```