**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Emily Kaye Bayona-Spurlock                    Case No. 26-51183-KMS
         Eleonor Bayona Spurlock                       Chapter 7 Proceedings

### AMENDED NOTICE OF APPEARANCE

COMES NOW, First Tower Loan of Mississippi, LLC d/b/a Tower Loan of South

Hattiesburg, by and through its attorney, and files this Notice of Appearance in the above

styled action.

This the 24th day of July, 2026

                                                       /s/ Joseph T. McDaniel
                                                       Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@us.doj.gov

Emily Kaye Bayona-Spurlock
31 Cold Springs Rd
Seminary, MS 39479

Derek A Henderson T1
Chapter 7 Trustee

Eleonor Bayona Spurlock
31 Cold Springs Rd
Seminary, MS 39479

This the 24th day of July, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176