Certificate Number: 17082-MSS-DE-041256236

Bankruptcy Case Number: 26-51183



17082-MSS-DE-041256236

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2026, at 9:20 o'clock PM MST, EMILY K BAYONA SPURLOCK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  July 27, 2026               By:      /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title:   Executive Director