Certificate Number: 17082-MSS-DE-041256237

Bankruptcy Case Number: 26-51183



17082-MSS-DE-041256237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2026, at 9:20 o'clock PM MST, ELEONOR B SPURLOCK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 27, 2026                              By:        /s/Orsolya K Lazar

                                                                      Name:   Orsolya K Lazar

                                                                      Title:   Executive Director