United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51183-KMS
Emily Kaye Bayona-Spurlock Chapter 7
Eleonor Bayona Spurlock
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: 318 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emily Kaye Bayona-Spurlock, Eleonor Bayona Spurlock, 31 Cold Springs Rd, Seminary, MS 39479-4149 |
| 5700093 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5700102 | + | Comprehensive Radio, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5700104 | + | Forrest General, PO Box 161906, Altamonte Spr, FL 32716-1906 |
| 5700117 | + | Relias Clinic, PO Box 31455, Charlotte, NC 28231-1455 |
| 5700118 | + | Relias Emergency Medic, P.O. Box 30275, Charlotte, NC 28230-0275 |
| 5700121 | + | Shawn Spurlock, 31 Cold Springs Rd, Seminary, MS 39479-4149 |
| 5700129 | + | Webbank, Po Box 3316, Evansville, IN 47732-3316 |
| 5700131 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Oct 28 2026 03:30:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5700092 | + | Email/Text: bankruptcy@1ffc.com | Oct 27 2026 23:38:00 | 1st Franklin, 129 Highway 90, Ste C, Waveland, MS 39576-2618 |
| 5700094 | + | Email/PDF: bncnotices@becket-lee.com | Oct 27 2026 23:42:02 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5700097 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Oct 27 2026 23:36:00 | Bluegreen Vacations, 4960 Conference Way, Boca Raton, FL 33431 |
| 5700095 | + | EDI: BANKAMER2 | Oct 28 2026 03:30:00 | Bank of America, P.O. Box 25118, Tampa, FL 33622-5118 |
| 5700096 | + | EDI: TSYS2 | Oct 28 2026 03:30:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5700099 | + | EDI: WFNNB.COM | Oct 28 2026 03:30:00 | CCB, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5700098 | + | EDI: CAPITALONE.COM | Oct 28 2026 03:23:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5700100 | + | EDI: CITICORP | Oct 28 2026 03:23:00 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5700101 | | EDI: WFNNB.COM | Oct 28 2026 03:30:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5700103 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2026 23:41:51 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5700105 | | Email/Text: kristie.pope@hattiesburgclinic.com | Oct 27 2026 23:38:00 | Hattiesburg Clinic, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 5700107 | + | Email/Text: ebone.woods@usdoj.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 27 2026 23:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5700106 | | EDI: IRS.COM | Oct 28 2026 03:30:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5701535 | ^ | MEBN | Oct 27 2026 23:29:45 | Joseph T McDaniel, Esq., First Tower Loan of Mississippi LLC, dba Tower Loan of South Hattiesburg, PO Box 320001, Flowood, MS 39232-0001 |
| 5700110 | + | Email/Text: melissa.martin@kfcu.org | Oct 27 2026 23:38:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5700109 | + | Email/Text: melissa.martin@kfcu.org | Oct 27 2026 23:38:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5700111 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:42:03 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5700114 | | Email/Text: ml-ebn@missionlane.com | Oct 27 2026 23:36:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5700112 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2026 23:41:45 | Merrick Bank, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5700113 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2026 23:38:00 | Midland Credit Mgt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5700115 | + | Email/Text: BKMAIL@planethomelending.com | Oct 27 2026 23:36:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 5700116 | + | Email/Text: bknotices@pomelo.com | Oct 27 2026 23:38:00 | Pomelo International, 720 York Ave Ste 116, San Francisco, CA 94110-2154 |
| 5700119 | + | Email/Text: distBankruptcyNotice@ClearBalance.org | Oct 27 2026 23:38:00 | Republic Bank & Trust, PO Box 927830, San Diego, CA 92192-7830 |
| 5700120 | | Email/Text: bankruptcy@snapfinance.com | Oct 27 2026 23:36:00 | Seen Finance, Attn: Bankruptcy, 1193 W 2400 S, West Valley City, UT 84119 |
| 5700122 | | Email/Text: bankruptcy@springoakscapital.com | Oct 27 2026 23:36:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5700123 | ^ | MEBN | Oct 27 2026 23:29:41 | Springlight Financial, Attn: Bankruptcy, P.O.Box 143514, Irving, TX 75014-3514 |
| 5700124 | + | EDI: SYNC | Oct 28 2026 03:23:00 | Syncbmusic, Po Box 71757, Philadelphia, PA 19176-1757 |
| 5700125 | | EDI: SYNC | Oct 28 2026 03:23:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5700126 | + | EDI: SYNC | Oct 28 2026 03:23:00 | Synchrony/Kawasaki, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5700108 | | Email/Text: bankruptcycourt@towerloan.com | Oct 27 2026 23:36:00 | John E. Tucker, P.O. Box 320001, Flowood, MS 39232 |
| 5700127 | | Email/Text: bankruptcycourt@towerloan.com | Oct 27 2026 23:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5700128 | ^ | MEBN | Oct 27 2026 23:29:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5700130 | + | EDI: WFAUTO | Oct 28 2026 03:23:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | First Tower Loan of Mississippi, LLC d/b/a Tower L |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan of Mississippi LLC d/b/a Tower Loan of South Hattiesburg jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Emily Kaye Bayona-Spurlock trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Eleonor Bayona Spurlock trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Emily Kaye Bayona–Spurlock**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7328** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Eleonor Bayona Spurlock**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–9371** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–51183–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Emily Kaye Bayona–Spurlock**

**Eleonor Bayona Spurlock**

Dated: 10/27/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**